IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., Plaintiff<br><br>v.<br><br>REBECCA RODRIGUEZ,<br><br>Defendants | Docket. No. 2:17-cv-3375<br><br><br><br>**MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(2), Plaintiff hereby moves the Court for entry of default judgment against Defendant REBECCA RODRIGUEZ, for her failure to plead or otherwise respond to Plaintiff's Complaint; and to award statutory damages, injunctive relief, attorney's fees, and costs.

Respectfully submitted,

/s/ *Charles Thomas, Jr.*　　　　　　　/s/ *Lee M. Herman*
CHARLES THOMAS, ESQUIRE　　　LEE M. HERMAN, ESQUIRE
Atty. I.D. 89781　　　　　　　　　　　Atty. I.D. 27570
CThomas@lmhlaw.com　　　　　　lmh@lmhlaw.com

CREATIVE RIGHTS LAW GROUP, PLLC
Attorneys for Plaintiff
280 Providence Rd.
Suite 4
Media, PA 19063
(t)610-891-6500　　　(f) (215) 689-1930

DATED November 28, 2017