UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., | : |
| Plaintiff, | : |
| v. | : No. 2:17-cv-3375 |
| REBECCA RODRIGUEZ, | : |
| Defendant. | : |

# O R D E R

**AND NOW**, this 6th day of June, 2018, upon consideration of the entry of default of Defendant Rebecca Rodriguez on October 11, 2017, for failure to appear, plead or otherwise defend and Plaintiff's Motion for Default Judgment and Memorandum in Support, ECF No. 8, and for the reasons expressed in the opinion issued this date, it is **ORDERED** that:

1. Plaintiff's Motion is **GRANTED**.

2. Judgment is **ENTERED** in favor of the Plaintiff against Defendant Rebecca Rodriguez in the amount of one thousand five hundred dollars ($1,500.00) in statutory damages pursuant to 17 U.S.C. § 504(c)(1).

3. Defendant is **ENJOINED** from all future activity infringing on Plaintiff's copyright. Defendant shall remove all BitTorrent software or related file sharing software from any devices in her possession and shall destroy any illegally obtained copies of the movie *Criminal*.

4. Defendant shall pay to Plaintiff the costs of prosecution of this case in the amount of five hundred twenty-five dollars ($525.00).

5. Defendant shall pay to Plaintiff attorney's fees in the amount of two thousand four hundred seventy dollars ($2,470).

6. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge